AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Apple iPhone cellular telephone, bearing IMEI number )
355877062280062, seized from Desmond Crawford on )
November 25, 2015 )

Case No. 16-MJ-2007-MBB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Apple iPhone cellular telephone, bearing IMEI number 355877062280062, seized from Desmond Crawford on November 25, 2015

located in the _____ District of ___Massachusetts___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attached Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18, USC, 1963 and 1595 and | Racketeering Related Offenses |
| 21, USC, 841(a)(1) and 846 | Controlled Substance Offenses |

The application is based on these facts:
See attached affidavit of Special Agent Matthew C. Knight

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Matthew C. Knight, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 1, 2016

*Judge's signature*

City and state: Boston, Massachusetts
Hon. Marianne B. Bowler, US Magistrate Judge
*Printed name and title*