**UNITED STATES OF AMERICA**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| ONE GRAY AND BALCK COLORED APPLE ) | Dkt. No. 16-MJ-2007-MBB |
| iPHONE CELLULAR TELEPHONE BEARING) | |
| IMEI NUMBER 355877062280082 ) | |
| ("TARGET TELEPHONE 1"). ) | |

## MOTION TO UNSEAL

The United States of America, by and through Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Emily O. Cummings, Assistant United States Attorney, moves this honorable court for an order unsealing the February 1, 2016 Affidavit of FBI Special Agent Matthew C. Knight, submitted in support of the application for a search warrant, the search warrant, the accompanying application of Assistant United States Attorney Emily O. Cummings, submitted in support of an Order under the All Writs Act, the Order, the accompanying motion to seal, this motion, and the ruling on this motion. In support thereof, the government submits that in light of the present status of the case the sealing of the documents is no longer required.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Emily O. Cummings*
Emily O. Cummings
Assistant U.S. Attorney

Date: April 7, 2016